MANUFACTURERS TRUST COMPANY, Appellant, v. PEOPLES TRUST COMPANY, Respondent.

(Argued May 12, 1931; decided May 22, 1931.)

*Leonard G. Bisco* and *Louis S. Posner* for appellant.

*Cyrus S. Jullien* and *Joseph B. Cavallaro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.